

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AT EL PASO, | § | No. 08-16-00019-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 5 |
| v. | | |
| | § | of El Paso County, Texas |
| MARIEL RODRIGUEZ, | | |
| | § | (TC# 2014DCV1047) |
| Appellee. | | |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **July 17, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffery W. McElroy, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before July 17, 2016.

IT IS SO ORDERED this 16th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.